# United States Court of Appeals
## For the First Circuit

No. 25-1324

E. DAVID WESCOTT, an individual residing in Dedham, County of Hancock, State of Maine;
RUSSELL JOHNSON BEAUPAIN, a Maine Limited Liability Company,

Plaintiffs - Appellants,

v.

HON. VALERIE STANFILL, in the Official Capacity as Chief Justice, Maine Supreme Judicial
Court; AMY QUINLAN, ESQ., in the Official Capacity as State Court Administrator for the
State of Maine, Judicial Branch; MAINE JUSTICE FOUNDATION,

Defendants - Appellees,

MAINE BOARD OF OVERSEERS OF THE BAR,

Defendant.

---

**MANDATE**

Entered: April 24, 2026

In accordance with the judgment of April 2, 2026, and pursuant to Federal Rule of
Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jason David Anton, Heather Francis, Aaron M. Frey, Thomas A. Knowlton, Julia Brennan
MacDonald, Gavin G. McCarthy, Kyle Singhal, Stephen C. Smith, Ethan H. Townsend